UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERTO A. ANTHONY,                          :
                                             :
                    Plaintiff,               :
                                             :
          v.                                 :    CASE NO. 3:08CV01419(AWT)
                                             :
KEMPER SPORTS BLOOMFIELD, LLC and            :
KEMPER SPORTS MANAGEMENT, INC.,              :
                                             :
                    Defendants.              :

                              ORDER

        The parties have reported that this action has been

settled in full.  Rather than continue to keep the case open on

the docket, the Clerk is directed to administratively close the

file without prejudice to reopening on or before November 13,

2009.

        If the parties wish to file a stipulation (for approval

by the court or simply for inclusion in the court's file), they

may do so on or before November 13, 2009.

        The date set forth in this order may be extended for good

cause pursuant to a motion filed in accordance with Local Rule

7(b).

        It is so ordered.

        Dated at Hartford, Connecticut this 13th day of October

2009.


                              _____
                                        /s/AWT
                                   Alvin W. Thompson
                              United States District Judge