```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

------------------------------------x
                                    :
ROBERTO A. ANTHONY,                 :
                                    :
          Plaintiff,                :
                                    :
v.                                  :   CASE NO. 3:08CV01419(AWT)
                                    :
KEMPER SPORTS BLOOMFIELD, LLC and   :
KEMPER SPORTS MANAGEMENT, INC.,     :
                                    :
          Defendants.               :
                                    :
------------------------------------x
```

### ORDER APPROVING SETTLEMENT AND ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Motion to Approve Settlement and Stipulation of Dismissal as to Plaintiff's Complaint, and due cause appearing therefore, it is hereby **ORDERED AND ADJUDGED** that the Parties' Joint Motion (Doc. No. 22) is **GRANTED:**

This Court hereby accepts and approves the proposed settlement and finds that the proposed settlement submitted by the Parties for in camera review is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

The above case is hereby **DISMISSED WITH PREJUDICE.** Each party shall bear their own attorneys' fees and costs.  The Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

It is so ordered.

Dated this 28th day of October 2009, at Hartford, Connecticut.

/s/ AWT

Alvin W. Thompson
United States District Judge